UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| FRED L. BARRETT – PRO SE<br><br>  Plaintiff,<br><br>v.<br><br>GLOBAL DISCOVERIES, LTD,<br>JED BYERLY, AND<br>BRETT CLEMENSEN,<br><br>  Defendants. | No. 3:09-CV-83 |

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS**

COME NOW Global Discoveries, Ltd., Jed Byerly, and Brett Clemensen, Defendants herein, and respond to Plaintiff's Complaint as follows:

FIRST DEFENSE

The complaint fails to state a claim against these defendants upon which relief can be granted.

SECOND DEFENSE

Defendants are not subject to the personal jurisdiction of this Court. Defendants Jed Byerly and Brett Clemensen are residents of the State of California. Defendant Global Discoveries, Ltd. is a Nevada limited liability company. None of the defendants have or had sufficient personal contacts within the State of Georgia to subject them to the jurisdiction of this Court.

THIRD DEFENSE

Plaintiff Fred L. Barrett - Pro Se, is not a proper party Plaintiff.  The proper party plaintiff is Ditta Company, the entity the subject bank funds belonged to, as alleged in paragraph 2 of Plaintiff's Complaint.  Plaintiff cannot pursue this action on behalf of Ditta Company a's Ditta Company would be required to be represented by counsel, not a pro se plaintiff.

FOURTH DEFENSE

Plaintiff's complaint should be dismissed for failure to join a proper party.  As stated above, the proper party plaintiff is Ditta Company.  Additionally, pursuant to a contract entered into between defendant Global Discoveries, Ltd. and Ditta Company, defendant obtained asserted funds for Ditta Company and paid Ditta Company those funds minus the fee which Ditta Company agreed to pay defendant Global for obtaining the funds.

FIFTH DEFENSE

Venue is not proper in this Court.  Pursuant to the contract entered into between defendant Global Discoveries, Ltd. and Ditta Company, any disputes were to be resolved in California, specifically in Stanislaus County, California.  Additionally, this venue is not a convenient forum in which to litigate this action as the proper parties are residents of Nevada or California.

SIXTH DEFENSE

Plaintiff's complaint should be dismissed for failure to plead fraud with particularity.

SEVENTH DEFENSE

As a seventh defense and by way of answer, defendants respond to each and every separately enumerated paragraph of plaintiffs' complaint as follows:

1.

The allegations set forth in paragraph 1 of Plaintiff's Complaint are denied.  Defendant Global Discoveries, Ltd. is a Nevada limited liability company with its principal place of business in Modesto, California.

2.

Defendants deny the allegations in the first sentence of paragraph 2 of the Complaint.  Defendants are without knowledge or information sufficient upon which to form a belief as to the truth of the allegations in the second sentence of paragraph 2 of the complaint.  Defendants deny the allegations in the third sentence of paragraph 2 of the complaint.

3.

The allegations of paragraph 3 of the complaint are denied.

4.

The allegations of paragraph 4 of the complaint are denied.

Respectfully submitted, this 29th day of June, 2009.

                        BLASINGAME, BURCH, GARRARD
                           & ASHLEY, P.C.
                        Attorneys for Defendant/Respondent
                        Fireman's Fund Insurance Company


                        By: /s/ Matthew A. Moseley
                            M. Steven Heath
                            Georgia Bar No. 342900
                            Matthew A. Moseley
                            Georgia Bar No. 526502

P. O. Box 832
Athens, GA  30603
(706) 354-4000

Case 3:09-cv-00083-CDL   Document 2   Filed 06/29/09   Page 5 of 5

## CERTIFICATE OF SERVICE

The undersigned, counsel for Defendants in the above matter, hereby certifies that he has this day served all parties with a copy of the foregoing **ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS** to the United States District Court by mailing same, properly stamped and addressed to all parties of record as follows:

    Fred L. Barnett
    222 Colquitt Street
    Monroe, Georgia 30655

This 29th day of June, 2009.